**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

UNITED STATES OF AMERICA

v.

CASE NO. 1:21-CR-51-HAB-SLC
CASE NO. 1:26-CV-125-HAB

RONNIE L RUTHERFORD JR

**OPINION AND ORDER**

Defendant Ronnie L. Rutherford Jr. ("Rutherford") is serving a 120-month prison term for possessing a controlled substance with intent to distribute. On November 13, 2025, Rutherford filed an unsuccessful motion to vacate his sentence under 28 U.S.C. § 2255. (ECF 56, 57). On December 8, 2025, Rutherford appealed the Court's denial of his motion to the United States Court of Appeals for the Seventh Circuit. (ECF 60). But he also filed another motion with this Court asking it to reconsider its previous order. (ECF 59). Finding that Rutherford had merely regurgitated the same arguments that had already been rejected, the Court denied this new motion. (ECF 63).

Rutherford has now filed a successive 2255 motion with this Court. (ECF 64). In it, he makes the same arguments about legal innocence and a sentencing enhancement under 21 U.S.C. § 851 being improperly applied that have already twice been rejected. (*Id.*, at 1–6). Nothing within his new motion asserts the existence of new evidence that did not exist when he made his previous filings.

But the Court need not even address these arguments again because it lacks jurisdiction to consider them. Title 28 U.S.C. § 2255(h) provides:

(h) A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).

Based on the plain language above, only the Court of Appeals has the authority to allow the filing of a second or successive 2255 petition. Likewise, Rule 9 of the Rules Governing Section 2255 Proceedings plainly states that "[b]efore presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. 2255, para. 8." Having already pursued (unsuccessfully) one 2255 petition in this Court, Rutherford must get authorization for a second or successive § 2255 petition from the Court of Appeals for the Seventh Circuit before he may file such a petition here.

Rutherford's Successive Motion to Vacate under 28 U.S.C. § 2255 (ECF 64) is STRICKEN as this Court lacks jurisdiction to consider it.

**SO ORDERED** on April 6, 2026.

s/ *Holly A. Brady*

CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT